J. A. Scanlon, Cincinnati, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19512—Madisonville Motor Bus Corporation v. Public Utilities Commission of Ohio. J. A. Scanlon, Cincinnati, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

**DEC. 24, 1925**

19513—State of Ohio ex rel W. J. Carson, et al v. Board of Education of Stock Township, Harrison County; motion for Harrison Appeals to certify. D. A. Hollingsworth, Cadiz, for pltf. J. G. Worley, Cadiz, for deft.

**DEC. 28, 1925**

19514—Cincinnati Traction Co. v. Geo. Williams; motion for Hamilton Appeals to certify. J. G. Stewart, Cincinnati, for pltf; A. P. Foster, Cincinnati, for deft.

19515—Walter A. Edwards v. William E. Parker, Jr.; motion for Hamilton Appeals to certify. W. R. Collins, Cincinnati, for pltf; Cobb, Howard & Bailey, Cincinnati, for deft.

19516—Mary S. Hull v. Industrial Commission of Ohio; error to Industrial Commission of Ohio. W. F. Miller and H. H. Miller, Toledo, for pltf; C. C. Crabbe, Columbus, for deft.

**DEC. 29, 1925**

19517—Herbert J. Wolzier, et al v. Clyde Thacker; motion for Vinton Appeals to certify. J. E. Blake, McArthur, for pltf; Willis & Jones, Wellston, for deft.

**DEC. 30, 1925**

19518—Industrial Commission of Ohio and Jarecki Chemical Co. v. Frank Kessler; motion for Erie Appeals to certify. King, Ramsey Flynn & Pyle, Sandusky, for pltf; Henry Hart, Sandusky, and Young & Young, Norwalk, for deft.

19519—City Transit Co. v. Public Utilities Commission of Ohio; error to The Public Utilities Commission of Ohio. T. L. Tallentire, Cincinnati, for pltf; C. C. Crabbe, J. W. Bricker, Columbus, for deft.

19520—Frank B. Medbury, et al v. Cleveland-Mahoning Valley Railroad Co.; error to Mahoning Appeals. Moore, Barnum & Hammond, Youngstown, for pltf; Kennedy, Manchester, Conroy & Ford, Youngstown for deft.

19521—Frances Shreve Dantel v. Robert Poe Dantel; motion for Portage Appeals to certify. Gentsch & Rawson, Cleveland, for pltf; W. J. Beckley, Ravenna, for deft.

19522—Cleveland Railwawy Co. v. Hazel J. Sutherland; motion for Cuyahoga Appeals to certify. Squire, Sanders & Dempsey, Cleveland, for pltf; Gott & Bloomfield, Cleveland, for deft.

19523—City of Lakewood v. Alice L. Daley; motion for Cuyahoga Appeals to certify. A. E. Brueckner, Lakewood, for pltf; Mooney, McCormack, Roth and Pollock, Cleveland, for deft.

**JAN. 2, 1926**

19524—Hocking Valley Railway Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio. Wilson & Rector, Columbus, for pltf; C. C. Crabbe, J. W. Bricker, Columbus, for deft.

19525—George Moore v. J. S. Shaffer et al; motion for Greene Appeals to certify. Marcus Shoup, Xenia, for pltf; Miller & Finney, Xenia, N. W. Witmeyer, Edwin S. Houck, Springfield, for deft.

19526—Claude B. Biven v. Jennie M. Court; motion for Huron Appeals to certify. Fauver & Cheney, Elyria, for pltf; Young & Young, Norwalk, for deft.

# PROCEEDINGS OF SUPREME COURT

## GENERAL DOCKET

| | |
|---|---|
| Barker v. Hamilton et (City) | 19433 |
| Cincinnati (City) v. Pub. Util. Comm. | 19265 |
| Huston v. Briggs | 19438, 19410 |
| Hutson v. Allen | 19439 |
| Huston v. Stewart | 19440 |
| Perrine v. Perrine et | 19422 |
| Wigmore Co. v. Chapman | 19119 |

## MOTION DOCKET

| | |
|---|---|
| Andrews v. Trostle et | 19437 |
| Alter v. Shearwood | 19413 |
| Assoc, Con. & Deal. v. Better Bus. Comm. | 19307 |
| B. & O. R. R. v. Lybarger & Co. | 19088 |
| Barker v. Hamilton (City) | 19433 |
| Bishop v. Whitehead | 19435 |
| Brady v. Stafford | 19268 |
| Butchers Work. Un. v. Juengling & Son | 19259 |
| Cinci. N. O. & T. Pac. Ry. v. Oyler | 19430 |
| Cinci. Tract. Co. v. Poehl | 19434 |
| Conn et v. Jones | 19389 |
| Consolidated Oil Co. v. Cleveland | 19424 |
| Donofrio v. Vespo | 19266 |
| Elinore-Harris Bd. of Ed. v. Nieman | 19412 |
| Ferris et v. State | 19427 |
| Fitzsimmons Realty Co. v. Mimmich | 19411 |
| Francis et v. State ex | 19425 |
| Fried Paper Stock v. Will | 19456 |
| Franklin Bond & Inv. Co. v. McFadden | 19393 |
| Glauber v. Paul | 19423 |
| Hahn et v. Ray | 19363 |
| Jordan v. Murphy | 19382 |
| London Guaran. & Acc. Co. v. Empire Plow Co. | 19372 |
| Mowery v. Bauman | 19381 |
| North. Mut. Life Ins. v. New Fisheries Co. | 19310 |
| Stacey v. Fid. & Cas. Co. | 19431 |
| State ex v. Swanton Bd. of Ed. | 19484 |
| Strohm et v. Whitney | 19429 |
| Swaney et v. State ex | 19426 |
| Szymanski v. Davis | 18902 |
| Wagner v. State | 19416 |
| Watkins v. State | 19415 |

## OHIO SUPREME COURT
### GENERAL DOCKET
### TUESDAY, DECEMBER 22, 1925

19119—J. A. Wigmore Co. v. Wilke W. Chapman; error to the Cuyahoga Appeals. Judgment reversed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 5-6-25; 3 Abs. 313; OS. Pend. 3 Abs. 403.

19265—City of Cincinnati v. Public Utilities Commission of Ohio; error to the Public Utilities Commission. Order affirmed. Marshall, CJ., Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Dock. 7-14-25; 3 Abs. 451.

19410—Rufus W. Hutson v. Os Briggs; error to the Fayette Appeals. Dismissed, no constitutional question involved. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Dock. 11-10-25; 3 Abs. 722; OS. Pend. 3 Abs. 764.

19422—Benjamin Franklin Perrine v. George G. Perrine et al; error to the Warren Appeals. Dismissed no constitutional question involved. Marshall, CJ., Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Allen, J., not participating. Dock. 11-14-25; 3 Abs. 722.